JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **674** -- IN RE TAX REFUND LITIGATION OF ORGANIZERS AND PROMOTERS
OF RECYCLING EQUIPMENT INVESTMENT PLANS

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/11/06 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- United States of America -- SUGGESTED TRANSFEREE DISTRICT: Massachusetts   SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/11/13 | 2 | RESPONSE -- (to Pldg. #1) Elliot I. Miller -- w/cert. of svc. (rh) |
| 85/11/15 | | APPEARANCES: JOHN J. CURLEY, III, ESQ. for Robert Gottsegne; ALICE J. DAVIS, ESQ. for United States of America; ELLIOT I. MILLER, ESQ. for Elliot I. Miller, Pro Se; PHILIP D. O'NEILL, JR., ESQ. for John D. Bambara, Anthony Giovannone and Packaging Industries Group, Inc.; MORRIS R. SHERMAN, ESQ. for Raymond Grant Ethynol Cogeneration Inc. (rh) |
| 85/11/21 | 3 | RESPONSE -- (to pldg. #1) Raymond Grant and Ethynol Congeneration Inc. -- w/cert. of svc. (rh) |
| 85/11/25 | 4 | RESPONSE -- (to pldg. #1) John Bambara -- w/cert. of svc. (rh) |
| 85/11/25 | 5 | RESPONSE -- (to pldg. #1) Packaging Industries Group Inc. -- w/cert. of svc. (rh) |
| 85/11/25 | 6 | RESPONSE -- (to pldg. #1) Anthony Giovannone -- w/cert. of svc. (rh) |
| 85/12/11 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |
| 86/01/23 | | WAIVERS OF ORAL ARGUMENT FOR 1/23/86 HEARING MIAMI, FLORIDA -- ALL WAIVE. (rew) |
| 86/02/19 | | TRANSFER ORDER -- transferring A-1 thru A-4 to the District of Massachusetts for pretrial proceedings, pursuant to 28 U.S.C. §1407. NOTIFIED INVOLVED CLERKS, JUDGES, COUNSEL AND MISC. RECIPIENTS. (paa) |
| 86/02/19 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the D. of Mass. for assignment to the Honorable Joseph L. Tauro. (paa) |
| 86/03/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 Stuart Becker v. United States of America, S.D. New York, C.A. No. 86-CIV-1433 -- Notified involved counsels and judges (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **674** ── IN RE TAX REFUND LITIGATION OF ORGANIZERS and PROMOTERS
OF RECYCLING EQUIPMENT INVESTMENT PLANS

| Date | | Pleading Description |
|------|---|------|
| 86/04/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-9 Stuart Becker v. United States of America, S.D. NY, #86-civ-1433 (tmq) |
| 88/06/01 | 7 | LETTER -- signed by Deputy Clerk Joannne Mulrey, D. Massachusetts with MDL- 674 docket sheet reassigning litigation to Judge Edward F. Harrington, D. Massachusetts (rh) |
| 88/06/01 | | ORDER REASSIGNING LITIGATION --  to Judge Edward F. Harrington, D. Massachusetts -- Notified involved judges, clerks counsel (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 674 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TAX REFUND LITIGATION OF ORGANIZERS AND PROMOTERS of  RECYCLING EQUIPMENT INVESTMENT PLANS

## SUMMARY OF LITIGATION

| Hearing Dates 1/23/86 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/19/86 | TO | Unpublished | D. Mass. | ~~Joseph L. Tauro~~ Hon. Edward F. Harrington | |

### Special Transferee Information

DATE CLOSED: 12/31/91

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

D. Massachusetts
Judge Edward F. Harrington

DOCKET NO. 674 -- In re Tax Refund Litigation of Organizers and Promoters of Recycling Equipment Investment Plans

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Elliot I. Miller v. United States | N.Y.,S. Brieant | 85-6744 (CLB) | 2/19/86 | 86-878 | 4 reassg to NYSD | NYSD |
| A-2 | Raymond Grant v. United States | N.Y.,S. Leval | 85-7067 | 2/19/86 | 86-877 | 4 reassg to | NYS.D |
| A-3 | Ethynol Cogeneration, Inc. v. United States | N.Y.,S. Wohl Keram | 85-7066 | 2/19/86 | 86-896 | 4 reassg to | NYS.D |
| A-4 | Harris W. Freedman, et al, v. United States | N.Y.,S. Pollack | 85-7506 (MP) | 2/19/86 | 86-879 | 4 reassg to NY.SD 5/2/86 L | |
| A-5 | Packaging Industries Group, Inc. v. United States | Mass. Wolf | 85-3537-W NTN | | | 10/2/86 D | |
| A-6 | John D. Bambara v. United States | Mass. Tauro | 85-3536-T NTN | | | 10/2/86 D | |
| A-7 | Anthony Giovannone v. United States | Mass. Garrity | 85-3538-G NTN | | | 10/2/86 D | |
| A-8 | Robert Gottsegen v. United States | Mass. Tauro | 85-3592-T NTN | | 85-3592-H | 12/31/9 D | |
| B-9 | Stuart Becker v. United States of America 3/17/86 | S.D. NY Carter | 86-CIV-1433 | 4/3/86 | 86-1182-H reassg to SNY | | SNY |

July 1986 - 5 TC; 4 XYZ; 9 Pdg
July 1987 - Same /6 Pdg.
July 1988 - 3 Dis /6 Pdg.
July 1989 - Same
July 1990 - Same
July 1991 - 5 Dis /1 Pdg.
July 1992 - Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 674 -- In re Tax Refund Litigation of Organizers and Promoters

of Recycling Equipment

---

ELLIOT I. MILLER (A-1)
Elliot I. Miller, Esq. (Pro Se)
One Memorial Avenue
Pawling, New York  12564


RAYMOND GRANT (A-2)
ETHYNOL CONGENERATION INC. (A-3)
Morris R. Sherman, Esq.
19 West 44th Street
New York, New York  10036


PACKAGING INDUSTRIES GROUP, INC. (A-5)
JOHN D. BAMBARA (A-6)
ANTHONY GIOVANNONE (A-7)
Philip D. O'Neill, Jr., Esq.
Hale & Dorr
60 State Street
Boston, Massachusetts  02109


ROBERT GOTTSEGEN (A-6)
John J. Curley, III, Esq.
McEvilly & Curley
48 West Street
Leominster, Massachusetts  01453

---

UNITED STATES OF AMERICA
Philip L. Sbarbaro, Esquire
Office of Special Litigation
Tax Division
Department of Justice
P.O. Box 7238
Washington, D.C.  20044


STUART BECKER (B-9)
Jerome R. Rosenberg, Esq.
50 Park Avenue
New York, NY 10016


H.W. FREEMAN & COMPANY (A-4)
H.W. Freeman
'Moorings'
Cavendish Road
St. George's Hill
Weybridge, Surrey KT130JT
ENGLAND


H.W. FREEMAN

HARRIS W. FREEDMAN
c/o Matthew Freedman
3855 Shore Parkway
Apt. 2E
Brooklyn, New York  11235

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 674 -- In re Tax Refund Litigation of Organizers and Promoters of
Recycling Equipment Investment Plans

| Name of Party | Named as Party in Following Actions |
|---|---|
| United States | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-9 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |