JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 19 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 674

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TAX REFUND LITIGATION OF ORGANIZERS AND PROMOTERS OF RECYCLING EQUIPMENT INVESTMENT PLANS

TRANSFER ORDER*

This litigation consists of four actions pending in the Southern District of New York and four actions pending in the District of Massachusetts. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the United States, the defendant in each action, for transfer of the New York actions to the District of Massachusetts for coordinated or consolidated pretrial proceedings with the actions pending there. Plaintiffs in six of the actions oppose transfer.

On the basis of the papers filed,[1]/ the Panel finds that these eight actions involve common questions of fact, and that centralization under 28 U.S.C. §1407 in the District of Massachusetts will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All eight actions are brought by plaintiffs seeking to obtain refunds of penalties imposed by the Internal Revenue Service for participating in the organization and promotion of the same allegedly abusive tax shelter plan involving the sale of interests in limited partnerships formed to acquire recycling machines. Centralization under Section 1407 is therefore necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of Massachusetts is the appropriate transferee forum for this litigation. We note that i) many witnesses and documents can be expected to be found in the District of Massachusetts, where the manufacturer of the machines and several alleged participants in the plan are located; ii) a related action brought by the United States seeking injunctive relief against all but one of the plaintiffs was prosecuted there; and iii) four of the actions are already pending there.

---

\* Judge Fred Daugherty took no part in the decision of this matter.

[1]/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby are, transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Joseph L. Tauro for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A that are pending in that district.

FOR THE PANEL:

_Andrew A. Caffrey_
Andrew A. Caffrey
Chairman

## Schedule A

<u>MDL-674 -- In re Tax Refund Litigation of Organizers and Promoters of Recycling Equipment Investment Plans</u>

### Southern District of New York

<u>Elliot I. Miller v. United States</u>, C.A. No. 85-6744(CLB)
<u>Raymond Grant v. United States</u>, C.A. No. 85-7067
<u>Ethynol Cogeneration, Inc. v. United States</u>, C.A. No. 85-7066
<u>Harris W. Freedman, et al. v. United States</u>, C.A. No. 85-7506(MP)

### District of Massachussetts

<u>Packaging Industries Group, Inc. v. United States</u>, C.A. No. 85-3537-W
<u>John D. Bambara v. United States</u>, C.A. No. 85-3536-T
<u>Anthony Giovannone v. United States</u>, C.A. No. 85-3538-G
<u>Robert Gottsegen v. United States</u>, C.A. No. 85-3592-T



JUN -1 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 674

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TAX REFUND LITIGATION OF ORGANIZERS AND PROMOTERS OF RECYCLING EQUIPMENT INVESTMENT PLANS

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Edward F. Harrington, in accordance with the Local Rules for the United States District Court for the District of Massachusetts.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Edward F. Harrington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

Andrew A. Caffrey
Chairman